CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-03747**

Torres v. Davol, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Samuel B Kent
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 11/06/2007
Date Terminated: 12/06/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Maria Torres**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3197721) filed by Maria Torres. (Attachments: # 1 Civil Cover Sheet Maria Torres)(Alexander, David) (Entered: 11/06/2007) |
| 11/20/2007 | 2 | First CERTIFICATE OF INTERESTED PARTIES by Maria Torres, filed.(Alexander, David) (Entered: 11/20/2007) |
| 11/20/2007 | 3 | ORDER FOR CONFERENCE. Initial Conference set for 2/5/2008 at 11:00 AM in Courtroom 8C before Judge Samuel B Kent.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 11/20/2007) |
| 12/06/2007 | 4 | ORDER STAYING CASE pending a decision by the MDL Panel. Case terminated on 12/6/2007.( Signed by Judge Lynn N. Hughes ) Parties |

| | | |
|---|---|---|
| | | notified.(sbyrum, ) (Entered: 12/06/2007) |
| 01/07/2008 | 5 | JPML CONDITIONAL TRANSFER ORDER (11) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842.(bthomas, ) (Entered: 01/12/2008) |
| 01/11/2008 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and complaint sent by FedEx, filed. (bthomas, ) (Entered: 01/12/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/11/2008 09:50:09 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-03747 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |